# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Gangsong Group Corp., a California corporation; Flying Medical USA LLC, a California company; Logistic Public Warehouse, a California company; Thomas Soon Chiah, an individual; Shenzhen Kebe Technology Co. Ltd., a foreign company; Jing Hua Zhou, an individual; Shenzhen Leidisi Electronics Technology Co., Ltd., a foreign company; TRC International Corp., a California corporation; Sum Fortune International Group, a California corporation; Defang USA, LLC, a California company; Sun Defang, an individual; ManSeeManWant LLC, an Illinois company; James Ellenberg, an individual; and John Does 1-10, individuals,<br><br>    Defendants. | Case No.: 2:17-cv-08166-DSF-Ex<br><br>**ORDER FOR**<br><br>**STIPULATED PRELIMINARY INJUNCTION AS TO DEFENDANTS GANGSONG GROUP CORP. AKA LOGISTICS PUBLIC WAREHOUSE FLYING MEDICAL USA LLC, AND THOMAS SOON CHIAH** |

Plaintiff, UL LLC ("UL"), on the one hand, and Defendants Gangsong Group Corp. a/k/a Logistic Public Warehouse, Flying Medical USA LLC, and Thomas Soon Chiah (together, the "Gangsong Defendants"), on the other hand, in the interest of compromise and the efficient resolution of disputes, have entered into a stipulation for entry of a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and the Lanham Act, 15 U.S.C. §§ 1051, *et seq.* as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473 (the "Lanham Act").

THEREFORE, IT IS ORDERED that Defendants Gangsong Group Corp. a/k/a Logistic Public Warehouse, Flying Medical USA LLC, and Thomas Soon Chiah, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, are preliminarily enjoined from:

(i) imitating, copying, or making any other infringing use of (a) the UL Service Mark and variations thereof (the "UL Service Marks"), and (b) the UL-in-a-circle certification mark ⓊⓁ and variations thereof including the enhanced mark ⓊⓁ (the "UL Certification Marks"), by the use of Defendants' mark that is identical to or substantially indistinguishable from the UL Certification Marks (the "Counterfeit Mark") or any other mark now or hereafter confusingly similar to the UL Service Marks or the UL Certification Marks;

(ii) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any simulation, reproduction, counterfeit, copy, or colorable imitation of the UL Service Marks, the UL Certification Marks, Defendants' Counterfeit Mark, or any mark confusingly similar thereto;

(iii) using any false designation of origin or false description or statement that can or is likely to lead the trade or public or individuals

erroneously to believe that any good has been provided, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for UL, when such is not true in fact;

    (iv) using the names, logos, or other variations thereof of the UL Service Marks, the UL Certification Marks, or Defendants' counterfeit mark in any of Defendants' trade or corporate names;

    (v) engaging in any other activity constituting an infringement of the UL Service Marks, the UL Certification Marks, or of the rights of UL in, or right to use or to exploit the UL Service Marks and the UL Certification Mark; and

    (vi) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the foregoing items (i) through (v);

IT IS FURTHER ORDERED that:

    (1) Gangsong Defendants shall have until November 27, 2017 to produce the documents and information required by the TRO/OSC (Dkt. No. 16 at p. 6, lns. 1-22), which Gangsong Defendants may produce pursuant to "confidential"/nonpublic designation, as to pages, portions, or elements thereof that contain nonpublic, confidential, sensitive, or otherwise, business/proprietary information ("Confidential Information"), and to which Plaintiff may reserve the rights to challenge any such designation(s);

    (2) Gangsong Defendants shall make the personal laptop and cell phone of Thomas Soon Chiah, and any other agents, employees, officers, or managers of Gangsong Defendants involved in business relating to the other defendants, to make content relevant to the Plaintiff's claims available for forensic imaging no later than November 27, 2017, with imaging performed on-site or in any event not exceeding three (3) days of interruption of device use by the device owner, subject

3
[PROPOSED] ORDER

to a protective order and/or other confidentiality designations by Gangsong Defendants to protect the inadvertent disclosure of Confidential Information, and to avoid the disclosure content, files, and other material unrelated to the other defendants or the facts at issue. Gangsong Defendants' counsel shall produce all text messages relating to the other defendants and/or their hoverboards by the close of business on November 27, 2017. The parties' counsel shall work out an agreed forensic discovery protocol relating to production of the content on these devices as soon as reasonably possible.

(3) Gangsong Defendants shall immediately provide its counsel with identification of the email addresses used for business relating to the other defendants and/or their hoverboards. The parties' counsel shall work out an agreed e-discovery protocol for searching these e-mail accounts and producing electronic records/documents from them as soon as reasonably possible.

(4) Gangsong Defendants shall produce all bank statements from their banks in their possession, custody and control from January 2017 to present, subject to Confidentiality designations and/or protective order, to prevent against the disclosure of Gangsong Defendants' banking or other financial documents. Gangsong Defendants shall produce such bank statements that they can download from the Internet, by close of business on November 27, 2017, subject to the same Confidentiality/protective order provisions. Gangsong Defendants shall request any remaining statements from their bank(s) by the close of business on November 27, 2017, and shall promptly produce those bank statements to UL's counsel when received from said bank(s), subject to the same Confidentiality/protective order provisions.

**IT IS SO ORDERED.**

DATED: 11/22/17                          By: *Dale S. Fischer*
                                         Hon. Dale S. Fischer
                                         United States District Judge

5
[PROPOSED] ORDER