# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UL LLC, | Case No.: 2:17-cv-08166-DSF-E |
| Plaintiff, | Honorable Dale S. Fischer |
| v. | **ORDER FOR PRELIMINARY INJUNCTION AS TO DEFENDANTS TRC INTERNATIONAL CORP., SUM FORTUNE INTERNATIONAL GROUP, DEFANG USA, LLC, MANSEEMANWANT LLC, AND JAMES ELLENBERG** |
| Gangsong Group Corp., a California corporation; Flying Medical USA LLC, a California company; Logistic Public Warehouse, a California company; Thomas Soon Chiah, an individual; Shenzhen Kebe Technology Co. Ltd., a foreign company; Jing Hua Zhou, an individual; Shenzhen Leidisi Electronics Technology Co., Ltd., a foreign company; TRC International Corp., a California corporation; Sum Fortune International Group, a California corporation; Defang USA, LLC, a California company; Sun Defang, an individual; ManSeeManWant LLC, an Illinois company; James Ellenberg, an individual; and John Does 1-10, individuals, | |
| Defendants. | |

1

On November 9, 2017, the Court entered a temporary restraining order and order to show cause for preliminary injunction ("TRO/OSC") to the defendants in this case. (Dkt. No. 16.) Defendants TRC International Corp., Sum Fortune International Group, ManSeeManWant LLC, Defang USA, LLC, and James Ellenberg were served in a timely manner and did not file a response to the TRO/OSC by the November 20, 2017 deadline. (Dkt. No. 37.)

THEREFORE, IT IS HEREBY ORDERED that Defendants TRC International Corp., Sum Fortune International Group, ManSeeManWant LLC, Defang USA, LLC, and James Ellenberg, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, are preliminarily enjoined from:

(i) imitating, copying, or making any other infringing use of (a) the UL Service Mark and variations thereof (the "UL Service Marks"), and (b) the UL-in-a-circle certification mark and variations thereof including the enhanced mark (the "UL Certification Marks"), by the use of Defendants' mark that is identical to or substantially indistinguishable from the UL Certification Marks (the "Counterfeit Mark") or any other mark now or hereafter confusingly similar to the UL Service Marks or the UL Certification Marks;

(ii) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any simulation, reproduction, counterfeit, copy, or colorable imitation of the UL Service Marks, the UL Certification Marks, Defendants' Counterfeit Mark, or any mark confusingly similar thereto;

(iii) using any false designation of origin or false description or statement that can or is likely to lead the trade or public or individuals erroneously to believe that any good has been provided, produced,

distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for UL, when such is not true in fact;

 (iv) using the names, logos, or other variations thereof of the UL Service Marks, the UL Certification Marks, or Defendants' counterfeit mark in any of Defendants' trade or corporate names;

 (v) engaging in any other activity constituting an infringement of the UL Service Marks, the UL Certification Marks, or of the rights of UL in, or right to use or to exploit the UL Service Marks and the UL Certification Mark;

 (vi) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the foregoing items (i) through (v);

 (vii) moving, destroying, or otherwise disposing of any products, labels, or other items, merchandise or documents bearing, relating to or used for reproducing the UL Marks or any reproduction, counterfeit, copy or colorable imitation thereof; and

 (viii) removing, destroying or otherwise disposing of any business records or documents, including electronic business records, relating in any way to the use of the UL Marks in connection with the manufacture, acquisition, purchase, distribution, offering for sale or sale of goods.

The previously ordered bond requirement of $20,000 remains in place.

**IT IS SO ORDERED.**

DATED: 11/29/17

By: _____
Hon. Dale S. Fischer
United States District Judge

3